# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                        **Case No:   6:14-cv-697-Orl-31KRS**

**MICHAEL MORRISSEY,**

      **Defendant.**

## ORDER

Upon consideration of the Answer (Doc. No. 7) filed by Defendant June 10, 2014, it is

**ORDERED** that the parties shall file a Case Management Report using the form located at

the Court's website www.flmd.uscourt.gov under "Judicial Information" under Judge Presnell by

August 11, 2014.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 16, 2014.

_____

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party