# United States District Court
## Middle District Of Florida
### Orlando Division

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                        Case No:   6:14-cv-697-Orl-31KRS

**MICHAEL MORRISSEY,**

    **Defendant.**

## Order

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO DISMISS** (Doc. No. 11)
>
> **RESPONSE:** Response to motion (Doc. No. 12)
>
> **FILED:**      **July 1, 2014**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida on July 30, 2014.

*[signature]*
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties