# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                       **Case No:   6:14-cv-697-Orl-31KRS**

**MICHAEL MORRISSEY,**

      **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Summary Judgment (Doc. No. 9), filed June 23, 2014.

On August 26, 2014, the United States Magistrate Judge issued a report (Doc. No. 18) recommending that the motion be granted in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**.

3. Plaintiff shall file by September 19, 2014, its request for attorney's fees and a proposed Judgment with prejudgment interest calculated as of September 30, 2014.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 12, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party